**UNITED STATES DISTRICT COURT**

**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
————————
www.cand.uscourts.gov

Richard W. Wieking                                                    General Court Number
Clerk                                                                     415.522.2000

## February 22, 2010

**CASE NUMBER:  CV 10-00724 SBA**
**CASE TITLE:  MICHAEL JOHN WALTON-v-THE CITY OF CLEARLAKE**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco**  division.

**Honorable NANDOR J. VADAS**  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **NJV**  immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 2/22/10


FOR THE EXECUTIVE COMMITTEE:

_____
                                                              Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                                      Entered in Computer 2/22/10AS


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                            Transferor CSA